AO 442 (Rev. 11/11) Arrest Warrant

FBI

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

RECEIVED BY: [signature]
DATE: 2/10/2021  TIME: 8:45
U.S. MARSHAL E/TN
KNOXVILLE, TN

United States of America
v.
Christopher Thurman

Case No. 3:21-CR-09

FILED
APR 19 2021
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Christopher Thurman,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

On or about June 4, 2019, in the Eastern District of Tennessee, knowingly persuaded, induced or enticed a minor that had not reached the age of 17, to engage in sexually explicit conduct and the child pornography produced had been mailed, shipped, or transported through interstate or foreign commerce, in violation of Title 18, Section 2251(a).

Date: 2/10/2021

[signature]
*Issuing officer's signature*
JOHN L. MEDEARIS, CLERK

City and state: KNOXVILLE, TN

*Printed name and title*

### Return

This warrant was received on *(date)* 2/10/14 and the person was arrested on *(date)* 4/14/21
at *(city and state)* KNOXVILLE, TN

Date: 4/14/21

[signature]
*Arresting officer's signature*

KENT MILLER, DUSM
*Printed name and title*

FID 11235831
USM: 56563509

2174-0210-0686J

Case 3:21-cr-00009-KAC-DCP   Document 7   Filed 04/19/21   Page 1 of 1   PageID #: 15